# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEBA ADEBI,<br><br>        Plaintiff,<br><br>v.<br><br>BASKIN-ROBBINS LLC,<br><br>        Defendant. | Case No. 1:17-cv-01342-DAD-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT BASKIN-ROBBINS LLC TO RESPOND TO COMPLAINT<br><br>(ECF No. 7) |

On November 17, 2017, the parties filed a second stipulation to extend time for Defendant Baskin-Robbins LLC to file a pleading responsive to Plaintiff's complaint. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant Baskin-Robbins LLC shall file a responsive pleading on or before January 8, 2018.

IT IS SO ORDERED.

Dated: **November 20, 2017**

UNITED STATES MAGISTRATE JUDGE

1